IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) AUSTIN BOND, as Special Administrator of the Estate of ANGELA YOST, Deceased,, <br><br> Plaintiff, <br><br> v. <br><br> (1) JEREMY FLOYD, in his Official Capacity, <br> (2) TURN KEY HEALTH CLINICS, LLC, <br> (3) SUSAN BLAYLOCK, L.P.N., <br> (4) JOSEPHINE OTOO, APRN, <br><br> Defendants. | Case No.: 20-CV-00545-TCK-CDL |

**TURN KEY HEALTH CLINICS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the requirements of Fed. R. Civ. P. 7.1(b)(2) and LCvR7.1, Turn Key Health Clinics, LLC, a named Defendant in the above-styled cause, makes the following disclosure statement reflecting changes in previously disclosed information:

1. Turn Key Health Clinics, LLC is not a publicly held corporation or other publicly held entity.

2. TK Health Holdings, LLC (a Delaware limited liability company) and TCSCFI TK, LLC (a Delaware limited liability company) are the parent corporations of Turn Key Health Clinics, LLC.

3. TK Health Holdings, LLC and TCSCFI TK, LLC are not publicly held corporations.

1

4. No publicly held corporation or other publicly held entity owns 10% or more of Turn Key Health Clinics, LLC.

5. No publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

6. Turn Key Health Clinics, LLC has no subsidiaries.

7. Turn Key Health Clinics, LLC is not a trade association.

Dated this 15th day of December, 2020.

Respectfully submitted,

/s/ Tara M. Penick

SEAN P. SNIDER, OBA # 22307
TARA M. PENICK, OBA #34300
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: (405) 232-6100
Facsimile: (405) 232-6105
E-Mail: ssnider@johnsonhanan.com
*Attorney for Defendant Turn Key Health Clinics, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2020 a true and correct copy of the above and foregoing electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Tara M. Penick

TARA M. PENICK