IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN BOND, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 20-cv-00545-TCK-SH |
| | ) |
| SHERIFF OF OTTAWA COUNTY OKLAHOMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

COME NOW the Parties, and respectfully move this Court to enter an Order modifying the existing Settlement Conference Order (ECF Doc. 63) by rescheduling the settlement conference and corresponding settlement conference deadlines in this case by at least 90 days. In support of this Motion, the Parties show the Court as follows:

1. On May 25, 2022, this Court entered an order rescheduling the original settlement conference date to September 30, 2022. (ECF Doc. 63).

2. The current discovery cutoff in this matter is September 30, 2022. (ECF Doc. 60).

3. The parties are currently engaging in discovery and are not prepared to meaningfully mediate this case until further discovery is completed.

4. Therefore, the parties have, contemporaneously with this motion, jointly filed for an extension of the existing scheduling order deadlines by at least ninety (90) days to accommodate remaining discovery. (ECF Doc. 64).

5. Accordingly, the parties also move this Court for a continuance of the

Settlement Conference by at least ninety (90) days, to allow the parties to complete further discovery as this will allow the parties to be better prepared prior to the settlement conference and should enhance settlement discussions.

6.  The Parties have conferred and agree that the currently scheduled Settlement Conference is premature, as substantial discovery remains to be completed.

7.  All Parties have agreed to this extension, believe it is in their clients' best interest, and no Parties oppose this Motion.

8.  This Motion is not sought for the purpose of unnecessary delay, or for any other improper purpose.

WHEREFORE, the Parties respectfully request that this Court continue the settlement conference and corresponding deadlines, currently scheduled for September 30, 2022, by at least ninety (90) days.

Respectfully submitted,

s/Alexandra G. Ah Loy
Alexandra G. Ah Loy, OBA No. 31210
SWEET DEWBERRY HUBBARD
24 West Park Place
Oklahoma City, OK 73103
Telephone: (405) 601-9400
Facsimile: (405) 601-9444
E-Mail: allie@sdh.law

*Attorney for Defendants Turn Key Health Clinics, LLC, Susan Blalock, LPN, and Josephine Otoo, APRN*

*s/Robert Blakemore*
Daniel E. Smolen
Robert Murray Blakemore
Bryon Helm
SMOLEN & ROYTMAN
701 S. Cincinnati Ave
Tulsa, OK 74119
Telephone: (918) 585-2667
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com

*Attorneys for Plaintiff*


*s/Wellon B. Poe, Jr.*
Jon Williford, Esq.
Wellon B. Poe, Jr., Esq.
Michael Lee Carr, Esq.
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
jmw@czwlaw.com
wbp@czwlaw.com
mlc@czwlaw.com

*Attorney for Defendant Sheriff of Ottawa County*