IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Austin Bond

          Plaintiff(s),

vs.

Sheriff of Ottawa County, Oklahoma, et al

          Defendant(s).

Case No.: 20-cv-00545-TCK-SH

**AMENDED SCHEDULING ORDER**

| # | Date | Item |
|---|---|---|
| 1. | 1/30/2023 | Discovery Deadline |
| 2. | Closed | Motions to Join or Amend |
| 3. | Closed | Witness Lists and Proposed Exhibits * |
| 4. | 1/3/2023 | Expert Identification and Reports under FRCP 26(a)(2) * (Plaintiff) |
| 4a. | 1/17/2023 | Expert Identification and Reports under FRCP 26(a)(2) * (Defendant) |
| 5. | 2/13/2023 | Dispositive Motions and Daubert Motions **** |
| 6. | 3/27/2023 | Motions in Limine |
| 7. | 3/27/2023 | Deposition Designations (Filed with deponent name, page and line designation) Videotape/Interrogatory Designations |
| 8. | 4/11/2023 | Counter-Designations (Filed with deponent name, page and line designation) |
| 9. | 5/30/2023 | Pretrial Disclosures under FRCP 26(a)(3) |
| 10. | 6/26/2023 | Transcripts Annotated with Objections ** (Submit in hard copy to the Court) |
| 11. | 6/6/2023 | Pretrial Order, including Final Witness and Exhibit Lists and Objections |
| 12. | 6/26/2023 | Jury Instructions, Voir Dire, Trial Briefs |
| 13. | N/A | Proposed Findings of Fact and Conclusion of Law, Trial Briefs |
| 14. | 6/13/2023 | Pretrial Conference at 2:30 p.m. |
| 15. | 7/17/2023 | Trial Date: [X] Jury at 9:30 a.m.   [] Non-Jury at 9:30 a.m. *** |
| 16. | X | Settlement Conference currently scheduled January 13, 2023 |

* These items are not to be filed of record but are only to be exchanged between counsel.
** Attorney meeting to resolve objections is required before filing objections. *See* LcvR 30.1(c).
*** Scheduling conflicts must be resolved in accordance with LGnR4-5 available on the Court's website in the Local Rules section at www.oknd.uscourts.gov.

**** The interval between the dispositive motion and the trial docket is relatively inflexible. An extension of time to file or respond to a motion for summary judgement will likely affect the trial setting.

This Order is entered this 9th day of November, 2022.

*Terence Kern*

Terence Kern, U.S. District Judge