IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN BOND, as Special Administrator for the Estate of ANGELA YOST, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF OF OTTAWA COUNTY, in his Official Capacity; TURN KEY HEALTH CLINICS, LLC; SUSAN BLALOCK, L.P.N.; and JOSEPHINE OTOO, A.P.R.N.,<br><br>Defendants. | Case No. 20-cv-545-TCK-SH |

## ORDER

On this 9th day of November, 2022, before the Court is Defendant Sheriff of Ottawa County, in his official capacity's, Unopposed Motion to Depose Shawnee Yost, an Inmate Currently in the Control of the Federal Bureau of Prisons (Dkt. 72).  After reviewing said Motion, the Court finds such relief should be granted. Thus, Defendant Sheriff, and the other parties to this litigation, are hereby granted leave to depose Shawnee Yost at the appropriate jail or prison facility or remotely, as may be required, at a time to be determined by counsel for the parties.

IT IS SO ORDERED this 9th day of November, 2022.

_____
TERENCE C. KERN
UNITED STATES DISTRICT JUDGE