# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN BOND, as Special Administrator for the Estate of ANGELA YOST, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>OTTAWA COUNTY SHERIFF, in his Official Capacity, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 20-CV-545-TCK-FHM<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff and Defendants as follows:

Plaintiff's claims against Defendants are hereby dismissed without prejudice.

The parties shall bear their own fees and costs.

Respectfully submitted,

/s/Robert M. Blakemore
Daniel E. Smolen
Robert M. Blakemore
Bryon D. Helm
SMOLEN & ROYTMAN
701 South Cincinnati Ave.
Tulsa, Oklahoma 74119
danielsmolen@ssrok.com
bobblakemore@ssrok..com
bryonhelm@ssrok.com

***Attorneys for Plaintiff***

/s/Wellon B. Poe
Wellon B. Poe, OBA No. 12440
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078

***Attorneys for Defendant Sheriff of Ottawa County, Oklahoma***

s/Alexandra G. Ah Loy
Alexandra G. Ah Loy, OBA No. 31210
SWEET LAW FIRM
24 West Park Place
Oklahoma City, OK 73103
Telephone: (405) 601-9400
Facsimile: (405) 601-9444
E-Mail: allie@sweetlawfirm.com

***Attorney for Defendants Turn Key Health Clinics, LLC, Susan Blalock, LPN, and Josephine Otoo, APRN***